UNITED STATES OF AMERICA, Respondent, v. NICK VESSA, Appellant.— Appeal dismissed for failure of appellant to comply with terms of order entered March 12, 1929. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JOHN FRANCIS MCKAY, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion granted to substitute Anna McKay as administratrix of the personal estate of John Francis McKay, deceased, as claimant and appellant herein in the place and stead of John Francis McKay, deceased. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

CHARLES JACKSON, Respondent, v. WESTERN NEW YORK MOTOR LINES, INCORPORATED, Appellant.— Motion to dismiss appeal granted unless appellant shall file and serve printed briefs by May sixteenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

LELA JACKSON, Respondent, v. WESTERN NEW YORK MOTOR LINES, INCORPORATED, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed briefs by May sixteenth. Present — Sears, P. J., Crouch, · Taylor, Edgcomb and Crosby, JJ.

JOHN F. DOWNING, Appellant, v. 870 LAFAYETTE AVENUE, INCORPORATED, Respondent.— Motion to dismiss appeal denied, upon condition that appellant waive in writing the bond given by defendant to discharge lien, and file and serve printed papers on appeal by August first. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MARY FILIZOFF, Respondent, v. ALEX LYZWAH, Appellant.— Appeal dismissed unless appellant shall file and serve printed briefs by July seventh. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

HELENA F. COLLINS, Respondent, v. CENTRAL TRUST COMPANY OF ROCHESTER, NEW YORK, and Another, as Executors, etc., of J. RAYMOND KELLY, Deceased, · Appellants.— Order entered March 12, 1929, modified so as to permit the defendants to bring their appeal to argument after the determination of the appeal taken by plaintiff from an order granting a motion for a new trial on the ground of newly-discovered evidence. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ANGELINA AMICO, Respondent, v. SALVATORE ARDELIO and Another, Appellants. —Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

LUIGI AMICO, Respondent, v. SALVATORE ARDELIO and Another, Appellants.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

PETER GILMAN, Respondent, v. EDGAR N. FOX, Appellant.— Motion to dismiss appeal denied, upon condition that appellant shall be ready to argue the appeal at the opening of the September term, and shall pay to respondent's attorney ten dollars. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

LEO GILMAN, by PETER GILMAN, His Guardian ad Litem, Respondent, v. EDGAR N. Fox, Appellant.— Motion to dismiss appeal denied, upon condition that appellant shall be ready to argue the appeal at the opening of the September term, and shall pay to respondent's attorney ten dollars. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

REVA S. HILLIGAS, an Infant, by HAROLD A. SPENCER, Her Guardian ad Litem, Appellant, v. FREDERICK HILLIGAS and Another, Respondents.—Appeal dismissed